UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| NICHOLAS MISSO, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE CANNON CORPORATION d/b/a CANNONDESIGN,<br><br>　　　　　　Defendant. | Case No. 6:24-cv-06525-CJS |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nicholas Misso and Defendant The Cannon Corporation hereby provide notice that the parties have reached an agreement in principle on a settlement of the above-captioned action that would resolve the action on a class wide basis. The proposed class action settlement will be memorialized in a written settlement agreement, which Plaintiff will file with the Court as part of a motion for preliminary approval.

The parties hereby jointly move that this action be stayed until the parties file a motion for preliminary approval of the settlement, which the parties anticipate filing within 60 days.

The parties further request that this Court strike all pending dates, including the briefing schedule on Defendant's Motion to Dismiss (Dkt. No. 7).

Dated: February 18, 2025

By: /s/ James Bilsborrow
    James Bilsborrow
    WEITZ & LUXENBERG, PC
    700 Broadway
    New York, NY 10003
    Telephone: (212) 558-5500
    jbilsborrow@weitzlux.com

    Cassandra P. Miller
    (*pro hac vice* anticipated)
    STRAUSS BORRELLI PLLC
    980 N. Michigan Avenue, Suite 1610
    Chicago, Illinois 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    cmiller@straussborrelli.com

*Attorneys for Plaintiff*

Dated: February 18, 2025

By: /s/ Daniel M. Braude
    Daniel M. Braude
    MULLEN COUGHLIN LLC
    411 Theodore Fremd Ave., Suite 206S
    Rye, NY 10580
    dbraude@mullen.law

*Attorneys for Defendant*

SO ORDERED.
February 19, 2025

_____
United States District Judge