

Daniel M. Braude
Office: (267) 930-1316
Email: dbraude@mullen.law

411 Theodore Fremd Avenue
Suite 206S
Rye, NY 10580

April 20, 2025

<u>VIA ECF</u>

Hon. Charles J. Siragusa
United States District Court
100 State Street, Room 127
Rochester, New York  14614

  Re: Nicholas Misso v. The Cannon Corporation (6:24-cv-06525-CJS)

    Request for Extension to May 5, 2025 for Filing of Motion for Preliminary Approval of Class Action Settlement

Dear Judge Siragusa:

My office represents Defendant, The Cannon Corporation, in the above-referenced action.  I submit this request jointly with counsel for Plaintiffs to request an extension of time for the filing of a motion for preliminary approval of the settlement of the above-referenced matter.

The Parties submitted a Joint Notice of Settlement on February 18, 2025 (ECF No. 11) which was So Ordered by the Court and entered on February 20, 2025 (ECF No. 12).  The Joint Notice of Settlement stated that the Parties anticipated filing a motion for preliminary approval of the settlement within 60 days, resulting in a deadline of April 21, 2025.

The Parties have successfully negotiated a settlement agreement and selected a settlement administrator.  The Parties are now finalizing accompanying exhibits to the settlement agreement including proposed short and long form notices to Class Members, claim forms for Class Members, and proposed court orders.  As such, the Parties respectfully request a two-week extension to May 5, 2025 for the filing of a motion for preliminary approval of the settlement.  This additional time will provide an opportunity to finalize all exhibits to the settlement agreement.

The Court's consideration of this request is much appreciated.

              Respectfully submitted,

              Daniel M. Braude of
              MULLEN COUGHLIN LLC

April 20, 2025
Page 2

cc:    James J. Bilsborrow
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
212-558-5856
Fax: 646-293-7937
jbilsborrow@weitzlux.com

Samuel J. Strauss
Raina C. Borrelli
Cassandra Miller
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
cmiller@straussborrelli.com