**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**ROCHESTER DIVISION**

| | |
|---|---|
| **NICHOLAS MISSO, on behalf of himself and all others similarly situated,** | |
| **Plaintiff,** | Civil Action No. 6:24-cv-06525-CJS |
| **v.** | |
| **THE CANNON CORPORATION d/b/a CANNONDESIGN,** | |
| **Defendant.** | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff Nicholas Misso, by and through his attorneys, on behalf of himself and all others similarly situated, hereby move this Court to:

1.    Grant preliminary approval of the settlement described in the Settlement Agreement[1] between Plaintiff and The Cannon Corporation;

2.    Approve the Notice Program;

3.    Appoint Simpluris as Settlement Administrator;

4.    Preliminarily certify the Settlement Class for settlement purposes only;

5.    Appoint Plaintiff Nicholas Misso as Settlement Class Representatives;

6.    Appoint Cassandra P. Miller of Strauss Borrelli PLLC and James Bilsborrow of Weitz & Luxenberg P.C. as Settlement Class Counsel;

7.    Approve the form and content of the Long Form Notice (**Exhibit A**), Short Form Notice (**Exhibit B**), and Claim Form (**Exhibit C**), all attached to the Settlement Agreement, respectively; and

---

[1] All capitalized terms have the meaning ascribed to them in the Settlement Agreement, attached to this motion as **Exhibit 1**.

8.      Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service awards to be held approximately 120 days after entry of the Preliminary Approval Order.

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in support; (3); the Declaration of Cassandra P. Miller; (4) the Settlement Agreement and its exhibits (**Exhibit 1** to Declaration); (5) the [Proposed] Preliminary Approval Order (**Exhibit D,** attached to the Settlement Agreement); (6) the [Proposed] Final Approval Order (**Exhibit E,** attached to the Settlement Agreement); (7) the records, pleadings, and papers filed in this action; (8) the Firm Resume of Strauss Borrelli PLLC (**Exhibit 2** to Declaration) and (9) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated:  May 5, 2025                              Respectfully submitted,

                                                By: *James Bilsborrow*
                                                James J. Bilsborrow (NY Bar # 519903)
                                                jbilsborrow@weitzlux.com
                                                WEITZ & LUXENBERG, PC
                                                700 Broadway
                                                New York, NY  10003
                                                Telephone: (212) 558-5500

                                                Cassandra P. Miller
                                                cmiller@straussborrelli.com
                                                STRAUSS BORRELLI PLLC
                                                980 N. Michigan Avenue, Suite 1610
                                                Chicago, Illinois 60611
                                                Telephone: (872) 263-1100
                                                Facsimile: (872) 263-1109

                                                *Attorneys for Plaintiff and the Proposed Class*