UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| **NICHOLAS MISSO, on behalf of himself and all others similarly situated,** <br><br> **Plaintiff,** <br><br> v. <br><br> **THE CANNON CORPORATION d/b/a CANNONDESIGN,** <br><br> **Defendant.** | Civil Action No. 6:24-cv-06525-CJS |

**JOINT MOTION TO VACATE PRIOR PRELIMINARY APPROVAL ORDER AND ENTER AN AMENDED PRELIMINARY APPROVAL ORDER OF THE CLASS ACTION SETTLEMENT**

Plaintiff Nicholas Misso ("Plaintiff") along with Defendant THE CANNON CORPORATION d/b/a CANNONDESIGN ("Cannon" or "Defendant") (together, "the Parties"), respectfully request that the Court vacate its Order granting preliminary approval of the class action settlement entered on July 14, 2025 ("Preliminary Approval Order") (ECF No. 16) and enter an Amended Preliminary Approval Order as to the Class Action Settlement to ensure proper compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1715.

Shortly after the Court entered the Preliminary Approval Order, the Parties learned that notice of the proposed settlement to the appropriate State and/or Federal officials ("CAFA notice") was not sent by the Settlement Administrator within 10 days of the filing of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, as required by 28 U.S.C. § 1715.

To cure this timing issue and ensure full compliance with the requirements of 28 U.S.C. § 1715, the Parties respectfully request that the Court vacate its Preliminary Approval Order and

1

enter the <u>Amended</u> Preliminary Approval Order attached hereto as **Exhibit 1**. The proposed Amended Order is substantively identical to the original order entered by the Court, but is intended to reset the relevant timelines to permit proper CAFA notice.

As such, the Parties hereby move this Court to:

1. Enter the Amended Preliminary Approval Order attached hereto as Exhibit 1, which re-enters all findings and relief originally granted in the Court's July 14, 2025 Preliminarily Approving Order (ECF No. 16), including preliminary approval of the Class Action Settlement as set forth in the Settlement Agreement[1] (ECF No. 15-2), and specifically:

    a. Approves the Notice Program;

    b. Appoints Simpluris as Settlement Administrator;

    c. Preliminarily certifies the Settlement Class for settlement purposes only;

    d. Appoints Plaintiff Nicholas Misso as the Settlement Class Representative;

    e. Appoints Cassandra P. Miller of Strauss Borrelli PLLC and James Bilsborrow of Weitz & Luxenberg P.C. as Settlement Class Counsel;

    f. Approves the form and content of the Long Form Notice (Exhibit A to ECF No. 15-2), Short Form Notice (Exhibit B to ECF No. 15-2), and Claim Form (Exhibit C to ECF No. 15-2), all attached to the Settlement Agreement, respectively; and

    g. Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service awards to be held approximately 120 days after entry of the <u>Amended</u> Preliminary Approval Order.

---

[1] All capitalized terms have the meaning ascribed to them in the Settlement Agreement.

2. The Parties note the revised timeline does not alter the Final Approval Hearing date, which remains set for **December 15, 2025**.

3. The revisions in the Amended Preliminary Approval Order are administrative in nature and do not affect the substance of the relief previously granted.

4. To be certain, the proposed Amended Order is substantively identical to the Order entered on July 14, 2025, with the following exceptions: (1) a revised introductory paragraph; (2) the addition of a new Paragraph 1 vacating the July 14, 2025 Order; (3) updated language in Paragraph 10 (formerly Paragraph 9) regarding the timing of CAFA notice; (4) clarification in Paragraph 17 (formerly Paragraph 16) that the proceedings "remain" stayed; and (5) revised dates in the Settlement Timeline at the end of the Order.

This Motion is based upon this Motion and the following materials filed on May 5, 2025 under ECF 15:

1. the Memorandum of Law in Support of Preliminary Approval filed on May 5, 2025 (ECF No. 15-4);

2. the Declaration of Cassandra P. Miller filed on May 5, 2025 (ECF No. 15-1);

3. the Settlement Agreement and its exhibits filed on May 5, 2025 (ECF No. 15-2);

4. the [Proposed] <u>Amended</u> Preliminary Approval Order (**Exhibit 1, attached to this Motion**);

5. the [Proposed] Final Approval Order filed on May 5, 2025 (Exhibit E to ECF No. 15-2);

6. the records, pleadings, and papers filed in this action;

7. the Firm Resume of Strauss Borrelli PLLC filed on May 5, 2025 (ECF No. 15-3); and

8. upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

A Proposed <u>Amended</u> Preliminary Approval Order is attached to this Motion as Exhibit 1.

Dated: August 7, 2025                               Respectfully submitted,

By: */s/ James J. Bilsborrow*
James J. Bilsborrow (NY Bar # 519903)
jbilsborrow@weitzlux.com
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

Cassandra P. Miller
cmiller@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone (872) 263-1100
Facsimile: (872) 263-1109

*Attorneys for Plaintiff and the Proposed Class*

By: */s/ Daniel M. Braude*
Daniel M. Braude
Mullen Coughlin LLC
411 Theodore Fremd Ave., Suite 206S
Rye, NY 10580
dbraude@mullen.law

*Attorneys for Defendant*