UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| **NICHOLAS MISSO, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE CANNON CORPORATION d/b/a CANNONDESIGN,**<br><br>**Defendant.** | Civil Action No. 6:24-cv-06525-CJS |

**PLAINTIFF'S UNOPPOSED NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE, that on December 15, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Nicholas Misso ("Plaintiff"), on behalf of himself and the Settlement Class, will move the United States District Court for the Western District of New York, Rochester Division, located at 100 State Street, Rochester, New York, for final approval of the class action Settlement between Plaintiff and Defendant The Cannon Corporation d/b/a CannonDesign ("Defendant"). In support of this Motion, Plaintiff states as follows:

1.      On August 8, 2025, the Court preliminarily approved the Settlement, appointed Plaintiff as the Class Representative and his counsel as Settlement Class Counsel, appointed Simpluris, Inc. as Settlement Administrator, and directed notice to the Settlement Class.

2.      Pursuant to that Order, the Settlement Administrator has completed notice and claims administration. The results of the Notice Program and claims process are detailed in the Declaration of Christopher Leung of Settlement Administrator Simpluris, Inc. Regarding Notice and Administration, attached as **Exhibit 1**.

3. As set forth in Exhibit 1, Simpluris provided notice to 13,255 Settlement Class Members, and through direct mail and skip tracing achieved verified delivery to 13,008 Class Members (98.1%).

4. Simpluris further reports that the Notice Program resulted in zero objections and zero opt-outs, and that 1,311 Class Members submitted valid claims, reflecting a 9.9% claims rate, which exceeds claims rates regularly approved in data breach and consumer class actions nationwide.

5. The settlement provides the Class with significant monetary and non-monetary relief, including credit monitoring, reimbursement up to $10,000, an alternative cash payment, a non-reversionary Settlement Fund of $537,500, and confirmed data-security improvements by Defendant.

6. The fairness, adequacy, and reasonableness of the Settlement are further supported by the Declaration of Cassandra P. Miller in Support of Final Approval, attached as **Exhibit 2**, which describes the mediation, the arm's-length nature of negotiations, the informed assessment of litigation risks, and the basis for praising the Settlement as a favorable result for the Class.

7. As fully set forth in Plaintiff's accompanying Memorandum of Law, the Settlement is fair, reasonable, and adequate under Rule 23(e) and satisfies all nine Grinnell factors. It results from extensive arm's-length negotiations facilitated by an experienced neutral and informed by relevant pre-mediation data exchanges regarding the incident and risks of litigation.

8. Plaintiff therefore respectfully requests that the Court:

(a) grant Final Approval of the Settlement;

(b) enter the Final Approval Order and Final Judgment submitted herewith;

(c) confirm certification of the Settlement Class for settlement purposes;

(d) appoint Plaintiff as Class Representative and confirm Strauss Borrelli PLLC and Weitz & Luxenberg PC as Settlement Class Counsel;

(e) approve the Notice Program as constitutionally adequate and compliant with Rule 23; and

(f) retain jurisdiction to enforce the Settlement.

A proposed Final Approval Order is attached hereto as **Exhibit 3**.

For the foregoing reasons, Plaintiff respectfully asks that the Court grant this Unopposed Motion for Final Approval and enter the accompanying Final Approval Order.

Dated: November 27, 2025                    By: */s/ James Bilsborrow*

James J. Bilsborrow
jbilsborrow@weitzlux.com
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

Cassandra P. Miller
cmiller@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone (872) 263-1100
Facsimile: (872) 263-1109

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 27th day of November, 2025.

By: */s/ James Bilsborrow*